DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WIGGINS v. CITY OF MONROE

No. 247P87.

Case below: 85 N.C. App. 237.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 7 July 1987.

PETITION TO REHEAR

NEWTON v. WHITAKER

No. 686A86.

Case below: 319 N.C. 455.

Petition denied 7 July 1987.